J-A16036-14

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| ALLEGHENY ENERGY SUPPLY COMPANY, LLC; AND MONONGAHELA POWER COMPANY, | : : : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| Appellees | : | |
| | : | |
| v. | : | |
| | : | |
| WOLF RUN MINING COMPANY, FORMERLY KNOWN AS ANKER WEST VIRGINIA MINING COMPANY, INC., AND HUNTER RIDGE HOLDINGS, INC., FORMERLY KNOWN AS ANKER COAL GROUP, INC., | : : : : : : : | |
| | : | |
| Appellants | : | No. 1853 WDA 2013 |

Appeal from the Order entered on October 24, 2013
in the Court of Common Pleas of Allegheny County,
Civil Division, No. GD 13-005047

BEFORE:  DONOHUE, OTT and MUSMANNO, JJ.

MEMORANDUM BY MUSMANNO, J.:　　　　**FILED AUGUST 12, 2014**

Wolf Run Mining Company, formerly known as Anker West Virginia Mining Company, Inc., and Hunter Ridge Holdings, Inc., formerly known as Anker Coal Group, Inc. (collectively, "Wolf Run"), appeal from the Order declaring that Wolf Run cannot take advantage of a price renegotiation clause set forth in the 2005 Coal Sales Agreement ("the Agreement") between Wolf Run and the appellees, Allegheny Energy Supply Company, LLC, and Monogahela Power Company (collectively, "Allegheny Energy").  In its Opinion, the trial court declined to address the substantive issues raised on appeal by Wolf Run, concluding that the appeal is interlocutory.

However, an order declaring the rights of the parties is immediately appealable pursuant to 42 Pa.C.S.A. § 7532 and Pa.R.A.P. 341(b)(2). Because the trial court's Order declared the rights of the parties under the Agreement, we conclude that the appeal is properly before this Court for disposition.

Because this Court will address the substantive issues raised by Wolf Run on appeal, we remand the matter to the trial court. Within thirty days of the filing of this Memorandum, the trial court is directed to prepare and forward to this Court an Opinion addressing the substantive issues raised on appeal.

Case remanded for the preparation of a trial court Opinion in accordance with this Order; Superior Court Panel jurisdiction retained.